UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DR. GERALD FINKEL, as Chairman of the
Joint Industry Board of the Electrical Industry,

        Plaintiff,

  - against -

COMMERCE ELECTRICAL CONTRACTING
CORP.,

        Defendant.
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 24 2013 ★
BROOKLYN OFFICE

ORDER

No. 12-cv-1845 (NG) (RER)

**GERSHON, United States District Judge:**

On a total recommended award of $276,174.50, plaintiff has filed an objection to the reduction taken by Magistrate Judge Reyes of $159, which arises from his reduction of the paralegal hourly rate from $90 to $80. While either rate would be within the reasonable range, I see no reason to disturb Judge Reyes' reliance on those Eastern District cases awarding $80 in similar cases.

Under Rule 72 of the Federal Rules of Civil Procedure, I now adopt Judge Reyes' recommendations in their entirety and direct the Clerk of Court to enter a default judgment against the defendant in the total amounts of:

 i. $222,484.13 in unpaid benefit contributions;

 ii. $5,584.35 in interest on all unpaid contributions, plus a per diem rate of $17.47 running from February 9, 2013 until the entry of judgment;

 iii. $226.78 in interest on late-paid contributions;

iv.   $44,837.95 in liquidated damages; and

v.   $3,041.29 in attorneys' fees and costs.

**SO ORDERED.**

s/Nina Gershon

_____
**NINA GERSHON**
**United States District Judge**

Dated: April 24, 2013
       Brooklyn, New York